Spiegel *v.* Greenberg, Appellant.

Argued March 18, 1968. Before MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Allen N. Brunwasser,* for appellant.

*Robert G. Sable,* with him *Jerome M. Libenson,* and *Baskin, Boreman, Sachs, Gondelman & Craig,* for appellee.

654

OPINION PER CURIAM, April 16, 1968:
Decree affirmed; at appellant's costs.
Mr. Chief Justice BELL took no part in the consideration or decision of this case.